# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D2025-2927

———————————————————

S.H.,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES, et al.,

    Appellees.

———————————————————

On appeal from the Circuit Court for Escambia County.
Coleman L. Robinson, Judge.

February 27, 2026

PER CURIAM.

    DISMISSED.

RAY, M.K. THOMAS, and LONG, JJ., concur.

———————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————————

S.H., pro se, Appellant.

Sarah J. Rumph, Children's Legal Services, Tallahassee, for Department of Children and Families; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Mercy Almaguer, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee, for Statewide Guardian ad Litem.